IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **MARCIA MADERO DEGUERRE,** | § | |
| Plaintiff | § | |
| v. | § | CIV. ACTION NO. 4:23-cv-00231-ALM |
| | § | |
| | § | |
| **FTI CONSULTING TECHNOLOGY, LLC,** | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Marcia Madero DeGuerre and Defendant FTI Consulting Technology, LLC, by and through their attorneys, hereby stipulate that all claims asserted by Plaintiff in this action be dismissed with prejudice. Accordingly, the Parties respectfully request that the Court enter the Agreed Order of Dismissal with Prejudice, which is filed herewith.

.

Dated this 14th day of May, 2024.

| | |
|---|---|
| Dated: May 14, 2024 | Respectfully submitted, |

| | |
|---|---|
| */s/ Julie E. Heath (with permission)* | */s/ Katherine E. Flanagan* |
| Julie E. Heath | Katherine E. Flanagan (Attorney-in-Charge) |
| Noelle Kough | Texas Bar No. 00788945 |
| FARROW-GILLESPIE HEATH WILMOTH LLP | Federal I.D. No. 17542 |
| 1900 N. Pearl St., Suite 2100 | kflanagan@littler.com |
| Dallas, Texas 75201 | N. Brenda Adimora |
| julie.heath@fghwlaw.com | Texas Bar No. 24109563 |
| noelle.kough@fghwlaw.com | Federal I.D. No. 3805266 |
| | badimora@littler.com |
| Sorin A. Leahu | LITTLER MENDELSON |
| LEAHU LAW GROUP, LLC | A PROFESSIONAL CORPORATION |
| 53 W. Jackson Blvd., Suite 1527 | 1301 McKinney Street, Suite 1900 |
| Chicago, Illinois 60604 | Houston, Texas 77010 |
| sleahu@leahulaw.com | 713.652.4704 (Telephone) |
| | 713.513.5960 (Facsimile) |
| **ATTORNEYS FOR PLAINTIFF** | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **FTI CONSULTING TECHNOLGY, LLC** |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing upon the counsel below:

Julie E. Heath
Noelle Kough
FARROW-GILLESPIE HEATH WILMOTH LLP
1900 N. Pearl St., Suite 2100
Dallas, Texas 75201
julie.heath@fghwlaw.com
noelle.kough@fghwlaw.com

Sorin A. Leahu
LEAHU LAW GROUP, LLC
53 W. Jackson Blvd., Suite 1527
Chicago, Illinois 60604
sleahu@leahulaw.com

***Attorneys for Plaintiff***

/s/ Katherine E. Flanagan
Katherine E. Flanagan