IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARCIA MADERO DEGUERRE,<br>　　　Plaintiff<br>v.<br><br>FTI CONSULTING TECHNOLOGY,<br>LLC,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIV. ACTION NO. 4:23-cv-00231-ALM |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Having been advised by the parties, Plaintiff Marcia Madero DeGuerre and Defendant FTI Consulting Technology, LLC, that they have agreed and stipulated that this case should be dismissed with prejudice, it is hereby:

ORDERED that all claims in this cause are DISMISSED with prejudice to their being re-filed.

IT IS FURTHER ORDERED that all costs, attorneys' fees, and expenses incurred by the parties shall be borne by the party incurring same.

This is a FINAL ORDER, there being no just cause for delay in its entry or application.

**IT IS SO ORDERED.**

**SIGNED this 16th day of May, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE